IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Gerrel Saunders | ) | |
|---|---|---|
| | ) | Case No. 24-cv-12157 |
| v. | ) | |
| | ) | Judge: Hon. John F. Kness |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Jeffrey T. Gilbert |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Gerrel Saunders, voluntarily dismiss any and all claims against the following Defendants, without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 8 | Blanlan | AXMHKTUAMKKQG |
| 27 | Lijuanjuan-1 | A2D9KNHDCQBND0 |
| 39 | AlexissStore | A1MSZBD1UDIEA5 |
| 42 | VKPSCHJ | A3P4YKF1LGFY33 |
| 45 | BooYeea | A1LJQ9HKSPFV82 |
| 49 | zhaopinga | A1FIW90SLI4R7B |
| 52 | weiyixing | AKOGKNCN32OAT |
| 54 | FJyuanqii | A1WTR7TRNS5L91 |

Dated: May 12, 2025                         Respectfully submitted,

                                                        By:   s/David Gulbransen/
                                                        David Gulbransen
                                                        Attorney of Record

                                                        David Gulbransen (#6296646)
                                                        Law Office of David Gulbransen
                                                        805 Lake Street, Suite 172
                                                        Oak Park, IL 60302

(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com