# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Gerrel Saunders ) | |
| ) | Case No. 24-cv-12157 |
| v. ) | |
| ) | Judge: Hon. John F. Kness |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeffrey T. Gilbert |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 72 | IZABELLEMBROIDERYPL | IZABELLEMBROIDERYPL |

dismisses them from the suit without prejudice.

Dated: August 18, 2025            Respectfully submitted,


By:   s/David Gulbransen/
      David Gulbransen
      Attorney of Record
      Counsel for Plaintiff

      David Gulbransen (#6296646)
      Law Office of David Gulbransen
      805 Lake Street, Suite 172
      Oak Park, IL 60302
      (312) 361-0825 p.
      (312) 873-4377 f.
      david@gulbransenlaw.com